338

No. 58957.—W. R. Grace & Co. v. United States, protest 244339–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 58958.—Henry Coehler Co., Inc. v. United States, protests 244758–K and 244759-K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 58959.—W. R. Grace & Co. v. United States, protest 243779–K (New York).

Opinion by JOHNSON, J. The collector's memorandum states that the surveyor's reply attached to the invoice showing a net weight for duty and tax purposes to be 802,455 pounds, the collector would not object to a stipulation giving effect to that weight. The said surveyor's reply states that "it is the opinion of this office that liquidation of Entry No. 778073 was incorrectly returned. Re-liquidation is recommended accordingly." However, since these documents were not offered or received in evidence, it was held that they cannot be considered as proof of the matters contained therein, and the court was constrained to overrule the protest. W. T. Grant Company v. United States (38 C. C. P. A. 57, C. A. D. 440); Swift & Company v. United States (33 Cust. Ct. 212, C. D. 1655); and United States v. Western Electric Company (26 Cust. Ct. 531, Reap. Dec. 7954) followed.

No. 58960.—James E. Fox & Co., Inc. v. United States, protest 243390–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 58961.—Metallurg, Inc. v. United States, protest 244628–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

BEFORE THE FIRST DIVISION, APRIL 20, 1955

No. 58962.—Caracul Fur Co. et al. v. United States, protests 912032–G, etc. (New York).